IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR PERKINS,  )
  )
      Plaintiff,  )  Civil Action No. 15-260E
  )
v.  )  Judge Cathy Bissoon
  )  Magistrate Judge Susan Paradise Baxter
PSP JAMES BROWN, *et al.*,  )
  )
      Defendants.  )

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 7, 2016, the Magistrate Judge issued a Report (Doc. 15) recommending that Plaintiff's case be dismissed under *Poulis* for failure to prosecute. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

This case is DISMISSED WITH PREJUDICE for Plaintiff's failure to comply with Court Orders, and/or for his failure to prosecute. The Magistrate Judge's Report and Recommendation (Doc. 15) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

May 3, 2016                                                              s\Cathy Bissoon
                                                                                   Cathy Bissoon
                                                                                   United States District Judge

cc (via First-Class U.S. Mail):

Arthur Perkins
KJ 2416
SCI Albion
10745 Route 18
Albion, PA  16475-002